AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Securities and Exchange Commission<br>*Plaintiff*<br>v.<br>Thomas J. Buck<br>*Defendant* | Case No.   1:17-cv-03984-WTL-TAB |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission

Date:   03/20/2019

*Attorney's signature*

Michael S. Lim
*Printed name and bar number*

Securities and Exchange Commission
100 F Street, NE
Washington, DC

*Address*

limm@sec.gov
*E-mail address*

(202) 551-4659
*Telephone number*

(202) 772-9363
*FAX number*