UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| *Plaintiff*, | ) ) |
| V. | ) Cause No. 1:17-cv-03984-WTL-TAB ) |
| THOMAS J. BUCK, | ) ) |
| *Defendant*. | ) ) |

**ORDER TO APPOINT FUND ADMINISTRATOR, APPOINT TAX ADMINISTRATOR AND AUTHORIZE PAYMENT OF FUTURE TAXES, FEES, AND EXPENSES OF THE TAX ADMINISTRATOR, APPROVE DISTRIBUTION PLAN, AND DISBURSE FUNDS**

The Court, having reviewed the Securities and Exchange Commission's Motion to Appoint Fund Administrator, Appoint Tax Administrator and Authorize Payment of Future Taxes, Fees, and Expenses of the Tax Administrator, Approve Distribution Plan, and Disburse Funds, and for good cause shown,

**IT IS HEREBY ORDERED:**

1) Michael S. Lim is appointed as fund administrator.

2) Miller Kaplan Arase LLP is appointed as tax administrator ("Tax Administrator") and the SEC is authorized to make payment of future taxes, fees, and expenses of the Tax Administrator.

3) The Commission's proposed distribution plan to distribute funds paid by Defendant to one remaining harmed investor and to transfer any remaining funds to the general fund of the U.S. Treasury subject to Section 21F(g)(3) of the Exchange Act of 1934 is approved.

4) The Commission is authorized to make a disbursement of $946,868 of funds to the one remaining harmed investor and the Commission is authorized to make payment of any current and future administrative expenses of administering the distribution fund.

Date: 2/10/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all parties of record via CM/ECF